234

**UNITED STATES** *versus* **BURROUGHS WILSON.**

JOURNAL ENTRIES: (1) Jan. 8, 1836: arraignment, plea of not guilty, motion for continuance granted, recognizance; (2) June 7, 1836: defendant called, default, continued.
PAPERS IN FILE (1835–36): (1–2) Subpoenas to appear before grand jury; (3) indictment; (4) affidavit for continuance.
*File No.* 164.

**UNITED STATES** *versus* **BURROUGHS WILSON, GEORGE RANKIN, AND NELSON WHITE.**

JOURNAL ENTRIES: (1) Jan. 8, 1836: Burroughs Wilson and George Rankin plead not guilty, motion for continuance granted, recognizance of Burroughs Wilson and George Rankin.
PAPERS IN FILE (1836–37): (1) Indictment; (2) capias and return; (3) subpoena.
*File No.* 162.

**UNITED STATES** *versus* **ABNER JOHNSON.**

JOURNAL ENTRIES: (1) Jan. 8, 1836: plea of not guilty, motion for continuance granted; (2) Jan. 9, 1836: recognizance; (3) June 7, 1836: defendant called, default, continued, witnesses recognized.
PAPERS IN FILE (1836–37): (1) Indictment; (2) affidavit for continuance; (3–8) subpoenas; (9) motion to strike from docket.
*File No.* 171.

**UNITED STATES** *versus* **OZIAS BOUTWELL, ABNER JOHNSON, AND ISAAC HUNTER.**

JOURNAL ENTRIES: (1) Jan. 8, 1836: Abner Johnson and Isaac Hunter plead not guilty, motion for continuance; (2) Jan. 9, 1836: motion for continuance granted, recognizance of Abner Johnson.
PAPERS IN FILE (1836–37): (1) Indictment; (2) affidavit for continuance; (3–8) subpoenas.
*File No.* 172.

**UNITED STATES** *versus* **OZIAS BOUTWELL AND ISAAC HUNTER.**

JOURNAL ENTRIES: (1) Jan. 8, 1836: Isaac Hunter pleads not guilty, motion for continuance; (2) Jan. 9, 1836: Isaac Hunter brought into court, motion for continuance overruled, jury trial, verdict of not guilty.
PAPERS IN FILE (1836): (1) Indictment.
*File No.* 173.

**UNITED STATES** *versus* **JOHN FOWLER.**

JOURNAL ENTRIES: (1) Jan. 8, 1836: plea of not guilty; (2) Jan. 11, 1836: motion for continuance granted.
PAPERS IN FILE (1836): (1) Indictment; (2) affidavit for continuance; (3) receipt for costs; (4) subpoena.
*File No.* 170.

**UNITED STATES** *versus* **BUCKLIN ALDERMAN.**

JOURNAL ENTRIES: (1) Jan. 8, 1836: exception to bail; (2) Jan. 27, 1836: exception withdrawn.
PAPERS IN FILE (1835–36): (1) Affidavit for bail, order for bail, precipe for capias; (2) capias and return; (3) recognizance; (4) exception to bail;